1  HEATHER E. WILLIAMS, CA SBN #122664
   Federal Defender
2  REED GRANTHAM, CA SBN #294171
   Assistant Federal Defender
3  Office of the Federal Defender
   2300 Tulare Street, Suite 330
4  Fresno, CA  93721-2226
   Telephone: (559) 487-5561
5  Fax: (559) 487-5950

6  Attorney for Defendant
   JORDAN WORTHINGTON
7

8                    IN THE UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,           ) Case No.  6:17-mj-00024 MJS
                                        )
12              Plaintiff,              ) **STIPULATION FOR BRIEFING**
                                        ) **SCHEDULE AND EVIDENTIARY**
13       vs.                            ) **HEARING;  ORDER**
                                        )
14  JORDAN WORTHINGTON,                 )
                                        ) DATE:    July 26, 2017
15                                      ) TIME:    10:00 a.m.
                Defendant.              ) JUDGE:   Honorable Michael J. Seng
16                                      )

17       IT IS HEREBY STIPULATED, by and between the parties, through their respective

18  counsel, Yosemite Legal Officer Susan St. Vincent, counsel for the plaintiff, and Assistant

19  Federal Defender Reed Grantham, counsel for Jordan Worthington, that the following briefing

20  schedule be set, that the currently scheduled July 25, 2017 status conference be vacated, and that

21  the matter be set for an evidentiary hearing on July 26, 2017, at 10:00 a.m. It is further stipulated

22  that the briefing schedule be set as follows:

23              Defendant's Motion:        July 5, 2017

24              Government's Opposition:   July 19, 2017

25              Defendant's Reply:         July 21, 2017

26              Evidentiary Hearing:       July 26, 2017 at 10:00 a.m.

27  //

28  //

PHILLIP A. TALBERT
United States Attorney

Dated: June 30, 2017        /s/ *Susan St. Vincent*
                             SUSAN ST. VINCENT
                             Yosemite Legal Officer
                             Attorney for Plaintiff


                             HEATHER E. WILLIAMS
                             Federal Defender


Dated: June 30, 2017        /s/ *Reed Grantham*
                             REED GRANTHAM
                             Assistant Federal Defender
                             Attorney for Defendant
                             JORDAN WORTHINGTON

## **O R D E R**

The parties' foregoing Stipulation in case number 6:17-mj-00024-MJS is accepted, the July 25, 2017 status conference is vacated, and the above proposed briefing schedule is approved. An evidentiary hearing will be held July 26, 2017, at 10:00 a.m.

IT IS SO ORDERED.

Dated:   July 5, 2017                    /s/ *Michael J. Seng*
                                         UNITED STATES MAGISTRATE JUDGE